Before STATE INDUSTRIAL BOARD, Respondent. CLARA FRANK, Respondent, v.

Nathan Strauss, Inc., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.